# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00534-NRN

**MIDWEST INSULATION SERVICES INC.**

    **Plaintiff on Behalf of Itself
    And Those Similarly Situated**

       v.

**JOHNS MANVILLE CORPORATION,**

    **Defendant.**

---

## NOTICE OF FILING FIRST AMENDED
## COMPLAINT AS OF RIGHT

---

Pursuant to Fed. R. Civ. P. 15(a)(A) and D.C. Colo.LCivR. 15 (a)(1) Plaintiff files as of right the First Amended Complaint attached. Exhibit A indicates text stricken and text added.

March 11, 2025

    Respectfully submitted,

    */s/ R. Stephen Berry*
    R. Stephen Berry
    **Berry Law PLLC**
    1100 Connecticut Avenue, NW
    Suite 645
    Washington, DC 20036
    Telephone: (202) 296-1212
    sberry@berrylawpllc.com
    **Admitted February 6, 2025**

    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025 I caused the foregoing to be served via the Court's ECF system on counsel for the Defendant.

*/s/ R. Stephen Berry*
R. Stephen Berry